# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 17, 2025

Lyle W. Cayce
Clerk

No. 24-50944
Summary Calendar

───────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Gamarian Donald Brown,

*Defendant—Appellant*.

───────────────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:24-CR-82-2

───────────────────────────

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Gamarian Donald Brown pleaded guilty to one count of possessing a firearm as a felon. *See* 18 U.S.C. § 922(g)(1). Brown appeals the conclusion that his prior robbery offense under Texas law qualifies as a crime of violence for purposes of assessing his offense level under the Sentencing Guidelines.

───────────────────

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50944

His argument is foreclosed by our recent decision in *United States v. Wickware*, 143 F.4th 670-674 (5th Cir. 2025).

Brown also argues that 18 U.S.C. § 922(g)(1) is unconstitutional as applied to him. He correctly concedes that this argument is foreclosed to him by our holdings in *United States v. Diaz*, 116 F.4th 458, 468-70 (5th Cir. 2024), *cert. denied*, 155 S. Ct. 2822 (2025), and *United States v. Schnur*, 132 F.4th 863, 866-67 (5th Cir. 2025).

The judgment is therefore AFFIRMED.